NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STRATOSAUDIO, INC.,**
*Appellant*

**v.**

**HYUNDAI MOTOR AMERICA,**
*Appellee*

---

2023-1719

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01267.

------------------------------------------------

**STRATOSAUDIO, INC.,**
*Appellant*

**v.**

**VOLKSWAGEN GROUP OF AMERICA, INC.,**
*Appellee*

---

2023-1721

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00721.

-----------------------------------------------

**STRATOSAUDIO, INC.,**
*Appellant*

**v.**

**VOLKSWAGEN GROUP OF AMERICA, INC., HYUNDAI MOTOR AMERICA,**
*Appellees*

---

2023-1720

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00720.

---

**ON MOTION**

---

Before LOURIE, *Circuit Judge*.

**O R D E R**

In each of the above-captioned appeals, StratosAudio, Inc. moves to consolidate. Hyundai Motor America and Volkswagen Group of America, Inc. oppose.

The court deems it the better course to consolidate only Appeal Nos. 2023-1719 and 2023-1721 (which involve the same patent) and continue to make Appeal No. 2023-1720 (which involves a separate, related patent) a companion case to those now-consolidated appeals.

The court reminds the parties that to the extent the briefing in these related cases contains duplicate arguments, they must include a statement informing the court of such at the beginning of the brief or section containing the duplicative content. *See* Fed. Cir. R. 28(j).

Accordingly,

IT IS ORDERED THAT:

(1) The motions are granted only to the extent that Appeal Nos. 2023-1719 and 2023-1721 are consolidated. The revised official caption for those appeals is reflected above.

(2) StratosAudio's opening briefs in the consolidated appeals and Appeal No. 2023-1720 are due within 30 days of the date of filing of this order.

(3) The Clerk of Court shall transmit a copy of this order to the merits panel assigned to these appeals.

FOR THE COURT

July 6, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court