# United States Court of Appeals for the Federal Circuit

---

**STRATOSAUDIO, INC.,**
*Appellant*

**v.**

**HYUNDAI MOTOR AMERICA,**
*Appellee*

---

2023-1719

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01267.

-----------------------------------------------

**STRATOSAUDIO, INC.,**
*Appellant*

**v.**

**VOLKSWAGEN GROUP OF AMERICA, INC.,**
*Appellee*

---

2023-1721

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00721.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED-IN-PART (as to Appeal No. 23-1719), DISMISSED-IN-PART (as to Appeal No. 23-1721)**

FOR THE COURT

October 28, 2024
Date

Jarrett B. Perlow
Clerk of Court